**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL N. BRIGHT,<br><br>                Plaintiff,<br><br>v.<br><br>CHRISTOPHER TYSON, *et al.*,<br><br>                Defendants. | Civil Action No. 15-08038 (SDW) (SCM)<br><br>**ORDER**<br><br>September 15, 2020 |

**WIGENTON**, District Judge.

       Before this Court is Magistrate Judge Steven C. Mannion's ("Judge Mannion") Report and Recommendation (D.E. 201 ("R&R")), dated August 27, 2020, which recommends that the Court dismiss this case and terminate Cole Schotz P.C.'s *pro bono* representation of Plaintiff Michael N. Bright.  No objections to the R&R were filed.  This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter.  Based on the foregoing, and for good cause shown, it is hereby

       **ORDERED** that the R&R of Judge Mannion is **ADOPTED** as the conclusions of law of this Court.

       **SO ORDERED**.

                                        /s/ Susan D. Wigenton
                                       **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
         Magistrate Judge Mannion